UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL PADILLA-BARRON,<br><br>　　　　Petitioner,<br><br>v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. CV 23-06461 SB (RAO)<br><br><br>ORDER ACCEPTING IN PART REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, Dkt. No. 1, the records on file, and the Report and Recommendation of the U.S. Magistrate Judge, Dkt. No. 14.  The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made and adopts only that portion of the report that recommends dismissing the petition for failure to exhaust administrative remedies.  In her objections, Petitioner conclusorily asserts that "exhaustion would be futile" because she is being detained beyond her release date.  But the pursuit of an administrative remedy is not futile because a petitioner contends that her petition has merit.  Were it otherwise, the exhaustion requirement would become a requirement in name only—because every petitioner contends that her petition has merit.  Since Petitioner undisputedly has the means and ability to pursue the merits of her asserted claim in the administrative process, and since Petitioner undisputedly has failed to pursue her administrative remedies, the petition must be dismissed.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.  The findings, conclusions, and recommendations in the Report and Recommendation on the exhaustion issue are accepted.

　　　　2.  Judgment shall be entered denying and dismissing without prejudice the Petition for a Writ of Habeas Corpus.

　　　　3.  The Clerk shall serve copies of this Order, the Report and Recommendation, and the Judgment on Petitioner and all counsel of record.

Date: November 28, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge