# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL PADILLA-BARRON,<br><br>　　　　Petitioner,<br><br>v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. CV 23-06461 SB (RAO<br><br><br>JUDGMENT |

　　　Pursuant to the Order Accepting in Part Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus is denied and dismissed without prejudice.

Date: November 28, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge

1